# Objection to Confirmation

Case No: 09-12764-1-REL
Debtor: Melanie Laudato

Creditor: George and Roberta Hillenbrand

We, George and Roberta Hillenbrand, wish to enter an objection to confirmation in the above bankruptcy case. We have been told by Ms. Laudato's attorney that they are not going to treat our claim as a priority claim and we believe it is.

Also, we believe that we have a future claim against Ms. Laudato due to the fact that she tried to illegally evict us. We believe that we are entitled to treble damages for our legal fees plus monetary amounts to be decided by the courts for harassment. We would like to be excused from the bankruptcy to pursue these actions.

Thank you,

George and Roberta Hillenbrand

*[signatures]*
Roberta Hillenbrand

2009 OCT 22 PM 12:24
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY ALBANY
REC'D & FILED

10/29/9 @1:00